PHILLIP A. TALBERT
United States Attorney
MATHEW PILE
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (510) 970-4829
Email: Margaret.Lehrkind@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL JOSEPH FOWLER,<br><br>    Plaintiff,<br><br>vs.<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:23-cv-0381 DB<br><br>STIPULATION TO REMAND AND ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final

Stip. to Remand; 2:23-cv-00381-DB

judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this 30th day of August 2023.

Dated: August 30, 2023
/s/ *Francesco Paulo Benavides*
FRANCESCO PAULO BENAVIDES
Attorney for Plaintiff
(as approved via email)

Dated: August 30, 2023
PHILLIP A. TALBERT
United States Attorney

/s/ *Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), IT IS HEREBY ORDERED that:

1. The above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand;

2. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner; and

3. This action is closed.

DATED: September 1, 2023
/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 2:23-cv-00381-DB